**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO INFANZON<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE NORTHBROOK INDEMNITY COMPANY<br><br>Defendants. | No. 2:19−cv−06483 JAK (SKx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS ALLSTATE INSURANCE COMPANY AND ALLSTATE NORTHBROOK INDEMNITY COMPANY AND AGAINST PLAINTIFF FERNANDO INFANZON AND PLAINTIFF'S COUNSEL, SUZANNE RAND-LEWIS [Dkt. 123]** |

An Order granting the Defendant's Motion for Summary Judgment as to all of Plaintiff's claims was issued in this action.

Further, an Order issued with respect to Fernando Infanzon's Request for Review of Magistrate Judge's Ruling with respect to the Order Imposing Monetary Sanctions on Plaintiff's Counsel for Discovery Abuses, in which that the challenged order was affirmed.

Therefore, judgment is hereby entered in favor of defendants Allstate Insurance Company and Allstate Northbrook Indemnity Company (collectively, "Allstate") and against plaintiff Fernando Infanzon ("Plaintiff"), as well as against Plaintiff's counsel, Suzanne Rand-Lewis of Gary Rand and Suzanne E. Rand-Lewis, PLCS ("Ms. Rand-Lewis") as follows:

1. Plaintiff's claims against Allstate are dismissed in their entirety with prejudice, and judgment is entered for Allstate and against Plaintiff, who shall recover nothing by reason of Plaintiff's Complaint.

2. With respect to Ms. Rand-Lewis, Allstate shall recover from her thirty-eight thousand, nine hundred and thirty-two dollars ($38,932) pursuant to the Sanctions Order.

3. Allstate shall recover from Plaintiff costs incurred in this action, as determined by the Clerk of the Court pursuant to an Application to The Clerk To Tax Costs.

**IT IS SO ORDERED.**

Dated: October 18, 2022

_____
Honorable John A. Kronstadt
United States District Judge